# UNITED STATES DEPARTMENT OF JUSTICE
## OFFICE OF THE UNITED STATES TRUSTEE
### CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>450 S BURLINGTON PARTNERS LLC<br>CHAPTER 11 DEBTOR IN POSSESSION<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number: **2:09-BK-15319-BB**<br>Operating Report Number: **15**<br>For the Month Ending: **31-May-10** |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

| | | |
|---|---|---:|
| 1. | TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 30,589.44 |
| 2. | LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 16,811.40 |
| 3. | BEGINNING BALANCE: | 13,778.04 |

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---:|
| Accounts Receivable - Post-filing | 11,835.49 |
| Accounts Receivable - Pre-filing | 0.00 |
| General Sales | 0.00 |
| Other (Specify) Prepaid rent | 2,520.00 |
| **Other (Specify)        Laundry Income | 144.71 |
| **TOTAL RECEIPTS THIS PERIOD:** | **14,500.20** |

| | | |
|---|---|---:|
| 5. | BALANCE: | 28,278.24 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---:|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 6,160.01 |
| **TOTAL DISBURSEMENTS THIS PERIOD:*** | **6,160.01** |

| | | |
|---|---|---:|
| 7. | ENDING BALANCE: | 22,118.23 |

8. General Account Number(s):          2180062052

Depository Name & Location:     **UNION BANK OF CALIFORNIA**
445 S. Figueroa St., Los Angeles CA 90071

* All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business: attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 4/1/2020 | 1195 | IMP Tech | Pest Control | | 150.00 | 150.00 |
| 5/4/2010 | 1208 | First Insurance Fund | Insurance - property | | 1,611.30 | 1,611.30 |
| 5/6/2010 | 1209 | AmeriNational | Mortgage | | 2,278.67 | 2,278.67 |
| 5/6/2010 | 1210 | Victor Ritter | Interest Expense | | 500.00 | 500.00 |
| 5/10/2010 | 1211 | First Insurance Fund | Insurance - property | | 52.95 | 52.95 |
| 5/13/2010 | 1212 | Urban Housing | Mgt. fee & refund of late fee | | 699.30 | 699.30 |
| 5/19/2010 | 1213 | Gas Company | Utilities - gas | | 750.63 | 750.63 |
| 5/28/2010 | DR | Union Bank | Cost of check printing | | 107.16 | 107.16 |
| 5/28/2010 | DR | Union Bank | Bank service charge | | 10.00 | 10.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 6,160.01 | $6,160.01 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## GENERAL ACCOUNT
## BANK RECONCILIATION

| | | | |
|---|---|---|---|
| **Bank statement Date:** | 5/28/2010 | **Balance on Statement:** | $22,118.23 |

**Plus deposits in transit (a):**

| | **Deposit Date** | **Deposit Amount** |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| | |
|---|---|
| **TOTAL DEPOSITS IN TRANSIT** | 0.00 |

**Less Outstanding Checks (a):**

| **Check Number** | **Check Date** | **Check Amount** |
|---|---|---|
| 1084 | 8/31/2009 | 8.19 |
| 1186 | 3/19/2010 | 20.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | |
|---|---|
| **TOTAL OUTSTANDING CHECKS:** | 28.19 |

| | |
|---|---|
| **Bank statement Adjustments:** | 0.00 |

**Explanation of Adjustments-**

| | |
|---|---|
| **ADJUSTED BANK BALANCE:** | $22,090.04 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### B. (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS          0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL          0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          0.00

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)

5.  BALANCE:          0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***          0.00

7.  ENDING BALANCE:          0.00

8.  PAYROLL Account Number(s):          NONE

    Depository Name & Location:

## TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | NONE | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TOTAL DISBURSEMENTS THIS PERIOD:**          0.00

## PAYROLL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                   | 0.00 |

Bank statement Adjustments:                                 _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                      | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

# I.  CASH RECEIPTS AND DISBURSEMENTS
## C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS                    0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX                        0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                  0.00

4.  RECEIPTS DURING CURRENT PERIOD:                                     0.00
(Transferred from General Account)

5.  BALANCE:                                                            0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:***                                     0.00

7.  ENDING BALANCE:                                                     0.00

8.  TAX Account Number(s):                        2180062079

    Depository Name & Location:        Union Bank of California
                                       455 S. Figueroa St., Los Angeles CA 90071

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | ACCOUNT CLOSED | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page 8 of 16

**TOTAL DISBURSEMENTS THIS PERIOD:** 0.00

## TAX ACCOUNT
## BANK RECONCILIATION

Bank statement Date: ___5/28/2010___   Balance on Statement: _____$0.00

**Plus deposits in transit (a):**

| Deposit Date | Deposit Amount |
|---|---|
| CLOSED ACCOUNT | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT          | 0.00 |

**Less Outstanding Checks (a):**

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:          | 0.00 |

Bank statement Adjustments: _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:          | $0.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

# I. D SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---:|
| General Account: | 22,118.23 |
| Payroll Account: | 0.00 |
| Tax Account: | 0.00 |
| *Other Accounts: | |
| | |
| *Other Monies: | |
| **Petty Cash (from below): | 150.00 |

**TOTAL CASH AVAILABLE:**  22,268.23

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---:|
| 5/26/2006 | Beginning balance | 150.00 |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**  150.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#

** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Amerinational Comm. Se | Monthly | 2,278.67 | | 0.00 |
| Victor Ritter | Monthly | 500.00 | | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____ 0.00

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | 0.00 | 0.00 | |
| Other: _____ | | | |
| TOTAL: | 0.00 | 0.00 | |

## IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 7,263.07 |  | 56.81 |
| 31 - 60 days | 0.00 |  | 142.01 |
| 61 - 90 days | 0.00 |  |  |
| 91 - 120 days | 5,092.65 |  |  |
| Over 120 days | 177,684.64 | 1,235.00 |  |
| TOTAL: | 190,040.36 | 1,235.00 | 198.82 |

## V.  INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | CIBA Insurance Se | 2000000.00 | 3/31/2011 | 5/31/2010 |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others: Property-Aggregate | CIBA Insurance Se | 50000000.00 | 3/31/2011 | 5/31/2010 |
| Bldg. Ordinance | See Attached* |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2009 | 142.11 | 325.00 | 6-Apr-2009 | 325.00 | 0.00 |
| 30-Jun-2009 | 42,281.51 | 650.00 | 2-Jul-2009 | 650.00 | 0.00 |
| 30-Sep-2009 | 53,672.10 | 650.00 | 6-Oct-2009 | 650.00 | 0.00 |
| 31-Dec-2009 | 38,972.86 | 650.00 | 12-Jan-2010 | 650.00 | 0.00 |
| 31-Mar-2010 | 20,064.56 | 650.00 | 13-Apr-2010 | 650.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 2,925.00 |  | 2,925.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | NONE | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | NONE | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

# IX. PROFIT AND LOSS STATEMENT
## (ACCRUAL BASIS ONLY)

| | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 12,201.00 | 178,646.36 |
| Less: Employee Unit | 477.00 | 7,155.00 |
| Net Sales/Revenue | 11,724.00 | 171,491.36 |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| | | |
| **Gross Profit** | 11,724.00 | 171,491.36 |
| | | |
| Other Operating Income (Itemize) | | |
| Laundry Income | 150.20 | 850.20 |
| Late Fee | 44.51 | 144.51 |
| SCEP/RSO Recovery | 168.30 | 317.60 |
| | | |
| **Operating Expenses:** | | |
| Taxes - LLC | 0.00 | 1,600.00 |
| Third Party Management Fee | 591.50 | 8,572.94 |
| Payroll - Other Employees (Apt. Manager) | 300.00 | 4,800.00 |
| Payroll Taxes | 43.35 | 628.41 |
| Workers Compensation Insurance | 16.86 | 305.97 |
| Advertising/Marketing Expense | 0.00 | 8.19 |
| Appraisal Fee | 0.00 | 250.00 |
| Bookkeeping/Accounting Fees | 0.00 | 400.00 |
| Finance Charges | 186.40 | 186.40 |
| Bank Service Charge | 10.00 | 277.00 |
| Filing Fees | 0.00 | 2,945.00 |
| Insurance - Property | 8,560.55 | 16,655.91 |
| Operating Supplies | 107.16 | 701.92 |
| Other Interest | 500.00 | 7,000.00 |
| Pest Control | 510.00 | 1,785.00 |
| Printing and Reproduction | 274.38 | 4,833.78 |
| Telephone & Utilities (Elec, Water,Sewer, Gas & Trash) | 2,792.39 | 25,204.98 |
| Fire System Servicing & Repair | 0.00 | 1,375.08 |
| Landscaping Labor/Gardener | 0.00 | 745.00 |
| Plumbing Labor | 0.00 | 6,747.93 |
| Repairs and Maintenance - General | 100.88 | 6,424.53 |
| Electrical Repair | 0.00 | 791.25 |
| Carpet Cleaning | 0.00 | 489.00 |
| Repair - Unit Turn | 0.00 | 2,855.00 |
| Keys and Locks | 0.00 | 208.77 |
| Appliance Repair | 0.00 | 270.00 |
| Flooring & carpets | 0.00 | 680.00 |
| Leasing Commissions | 0.00 | 250.00 |

| | | |
|---|---:|---:|
| Painting | 0.00 | 270.00 |
| Taxes - Property | 0.00 | 13,912.34 |
| Payroll Bonus | 0.00 | 100.00 |
| Rent Stabilization & Ordinance Fee | 0.00 | 318.07 |
| Systematic Code Enforcement Program | 0.00 | 603.84 |
| Taxes - Business | 0.00 | 173.99 |
| Heating/Cooling Repairs & Maintenance | 0.00 | 320.00 |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 13,993.47 | 112,690.30 |
| Net Gain/(Loss) from Operations | (1,906.46) | 60,113.37 |
| **Non-Operating Income:** | | |
| Interest Income | 0.00 | 0.00 |
| Net Gain on Sale of Assets (Itemize) | 0.00 | 0.00 |
| Other (Itemize) | 0.00 | 0.00 |
| Total Non-Operating income | 0.00 | 0.00 |
| **Non-Operating Expenses:** | | |
| Interest Expense | 0.00 | 0.00 |
| Legal and Professional (Itemize) | 0.00 | 222,584.64 |
| Other (Itemize) | 0.00 | 0.00 |
| Total Non-Operating Expenses | 0.00 | 222,584.64 |
| **NET INCOME/(LOSS)** | (1,906.46) | (162,471.27) |

(Attach exhibit listing all itemizations required above)

## X. BALANCE SHEET
### (ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 19,756.53 | |
| Restricted Cash | 0.00 | |
| Accounts Receivable | 1,433.82 | |
| Inventory | 0.00 | |
| Notes Receivable | 22,200.00 | |
| Prepaid Expenses | 0.00 | |
| Other (Itemize) | 0.00 | |
| Total Current Assets | | 43,390.35 |
| | | |
| Property, Plant, and Equipment | 950,000.00 | |
| Accumulated Depreciation/Depletion | 0.00 | |
| Net Property, Plant, and Equipment | | 950,000.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | 0.00 | |
| Other (Itemize) | 0.00 | |
| Total Other Assets | | 0.00 |
| TOTAL ASSETS | | 993,390.35 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 190,040.36 | |
| Taxes Payable | 0.00 | |
| Notes Payable | 0.00 | |
| Professional fees | 0.00 | |
| Secured Debt | 0.00 | |
| Other (Itemize) | 0.00 | |
| Total Post-petition Liabilities | | 190,040.36 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 670,526.11 | |
| Priority Liabilities - Accounts Payable | 0.00 | |
| Unsecured Liabilities - Security, Pet & Key Deposits | 6,636.49 | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 677,162.60 |
| TOTAL LIABILITIES | | 867,202.96 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | 343,551.89 | |
| Post-petition Profit/(Loss) | (81,472.02) | |
| Direct Charges to Equity | (135,892.48) | |
| TOTAL EQUITY | | 126,187.39 |
| TOTAL LIABILITIES & EQUITY | | 993,390.35 |

## XI. QUESTIONNAIRE

|  | | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | |

|  | | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | |

3. State what progress was made during the reporting period toward filing a plan of reorganization

Obtained Court Emergency Cash Collateral Approval and met with DOJ Investigator with Counsel

4. Describe potential future developments which may have a significant impact on the case:
Notice of Trustee Sale filed by 2nd TD holder - Ritter; Behavior of Joseph Kurn and his Counsel

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | |

I, Brett Daniels (prepared by Franklin R. Sucab),
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

6/15/2010

Date

Page 16 of 16

Principal for debtor-in-possession

| In re: 450 S BURLINGTON PARTNERS, LLC | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:09-bk-15319-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document described **MAY 2010 MONTHLY REPORT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 16, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Kelly S Johnson    ksjesq@aol.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Kathleen P March    kmarch@bkylawfirm.com
- Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com
- Steven M Spector    sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Leon L Vickman    lvickman@pacbell.net

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On June 16, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/16/10 | Sandra I. Alarcon | /s/ Sandra I. Alarcon |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                            **F 9013-3.1**

BN 4804700;1

| In re: 450 S BURLINGTON PARTNERS, LLC | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:09-bk-15319-SB |

## ADDITIONAL SERVICE INFORMATION (if needed):

Debtor
450 S Burlington Partners, LLC
2719 Wilshire Blvd.
Suite 250
Santa Monica, CA 90403

Los Angeles Housing Department
1200 W. 7th Street, 9th Floor
Los Angeles, CA  90017
Attn:  David Zaitz

Joseph Kurn
854 Ridgeside Drive
Monrovia, California 91016

Honorable Samuel L. Bufford
United States Bankruptcy Court - Central District Of California
Edward R. Roybal Federal Building And Courthouse
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     **F 9013-3.1**